JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JENNIFER LYNN GUTIERREZ,
Plaintiff,
v.

FRANK J. BISIGNANO,
Defendant.

Case No. 2:26-cv-05143-FLA (BFM)

**JUDGMENT [DKT. 14]**

On September 21, 2026, the parties filed a Stipulation to Remand Pursuant to 42 U.S.C. § 405(g) Sentence Four ("Stipulation"). Dkt. 14.

The court, having approved the parties' Stipulation, hereby ORDERS, ADJUDGES, AND DECREES the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

IT IS SO ORDERED.

Dated: September 29, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge